UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  8:25-cv-02306 ADS                              Date:  December 3, 2025

Title:  *Ariel Shakeri v. Modern Ventures, LLC*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

|  Kristee Hopkins  |  None Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**        **(IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS**

     Plaintiff was ordered to file a proof of service by no later than November 26, 2025.  (Dkt No. 8.)  To date, Plaintiff has not filed a proof of service. Plaintiff is **ORDERED TO SHOW CAUSE** why sanctions should not be imposed. Plaintiff must file a written response no later than **December 10, 2025.**  Filing a proof of service that shows completed service upon Defendant of the Summons, Complaint, and Notice of Assignment To A U.S. Magistrate Judge And Declination Of Consent will discharge this Order to Show Cause.

     **IT IS SO ORDERED.**

Initials of Clerk kh